**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 06-7516**

─────────────

LUIS M. NARVAEZ,

                                    Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                                    Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (7:06-cv-00469-jct)

─────────────

Submitted: December 14, 2006          Decided:  December 21, 2006

─────────────

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Luis M. Narvaez, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis M. Narvaez, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Narvaez v. United States, No. 7:06-cv-00469 (W.D. Va. Aug. 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED